Keith ROBERTSON, Plaintiff–
Appellant,

v.

Erlinda MARTINEZ, Internal Revenue
Service, Defendant–Appellee.

No. 02–1385.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 22, 2002.

Keith Robertson, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and
MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Keith Robertson appeals the district court's order denying his motion to reconsider the court's prior order dismissing Robertson's 42 U.S.C.A. § 1983 (West Supp.2001), action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Robertson v. Martinez,* No. CA–01–3854–WMN (D.Md. Feb. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*